IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV473

| | |
|---|---|
| IN RE: )<br>MARIANO OSPINA, )<br> )<br>    Debtor, )<br>_____ )<br> )<br>MARIANO H. OSPINA, )<br>    Appellant, )<br> )<br>vs. )<br> )<br>INDYMAC BANK, )<br>    Appellee. )<br>_____ ) | ORDER |

    This matter is before the court upon the *pro se* Appellant's Motion for Leave to Appeal, filed November 27, 2006. At the time Appellant filed his motion for leave to appeal, he also filed several other *pro se* motions, one of which was an Emergency Motion for an Injunction. On February 7, 2007, the court denied this motion. It appears to the court, however, that the original motion for leave to appeal was never ruled upon. Accordingly, the court will grant the motion, and the Appellant may proceed with his appeal pursuant to Rule 8006 of the Bankruptcy Rules of Procedure.

    IT IS THEREFORE ORDERED that Appellant's Motion for Leave to Appeal is hereby GRANTED.

Signed: July 16, 2007

Graham C. Mullen
United States District Judge