IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV473

| | |
|---|---|
| IN RE: )<br>MARIANO OSPINA, )<br>    Debtor. )<br>_____)<br>)<br>MARIANO H. OSPINA, )<br>    Appellant, )<br>)<br>vs. )<br>)     ORDER<br>INDYMAC BANK, )<br>    Appellee. )<br>_____) | |

    This matter is before the court upon the *pro se* Appellant's Motion to Reconsider and Revoke Dismissal, filed September 21, 2007. Appellant seeks to have the court reconsider its Order of September 12, 2007 granting IndyMac Bank's Motion to Dismiss.

    IT IS HEREBY ORDERED that Appellant's motion is DENIED.

Signed: October 26, 2007

Graham C. Mullen
United States District Judge