IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV473

| | |
|---|---|
| MARIANO S. OSPINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| INDYMAC BANK, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon the Plaintiff's "Emergency Motion for an Injunction." It appears that the Plaintiff seeks to have the court stay further action in his bankruptcy case pending the Fourth Circuit's decision on his appeal in this case. The Fourth Circuit mandate actually came down the day Plaintiff filed his motion. Accordingly, his motion is now moot.

IT IS THEREFORE ORDERED that Plaintiff's motion is hereby denied as moot.

Signed: March 20, 2009

Graham C. Mullen
United States District Judge